PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tavares Lee Greer**

**Docket No. 0:01CR00060-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tavares Lee Greer** who was sentenced for Bank Robbery on July 17, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Gang Restrictions
- Drug Treatment
- Substance Abuse Testing
- Alcohol Restrictions
- Do Not Frequent Bars
- Mental Health

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On September 19, 2005, Mr. Greer failed to report for urinalysis as instructed by the code-a-phone.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
SEP 27 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 26th day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on September 23, 2005
Place St. Paul