Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Tavares Lee Greer

Docket No. 0:01CR00060-1

**HEARING WAIVER**

I, Tavares Lee Greer, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: [signature]
Tavares Lee Greer
Supervised Releasee

Witness: [signature]

Dated: 9/22/05

SCANNED
SEP 27 2005
U.S. DISTRICT COURT MPLS