**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JEANNE GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 01-060 (MJD) |
| | ) | Date: 1/11/06 |
| **TAVARES LEE GREER**, | ) | Court Reporter: N/A |
| | ) | Tape Number: TAPE # NOT AVAILABLE |
| Defendant. | ) | Time Commenced: 3:05 p.m. |
| | | Time Concluded: 3:15 p.m. |
| | | Time in Court: 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: Nate Petterson
Defendant: Scott Tilsen ☒ FPD ☐ Retained ☒ To be appointed
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed: 1/6/06** **Offense**: **Supervised release violation**

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

**on** ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at 1/13/06, 9:00 a.m. before U.S. District Court Judge Michael J. Davis for**:

☐ **detention hrg** ☐ **preliminary hrg** ☐ **arraignment**

☐ **removal hrg** ☒ **final revocation**

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: **Preliminary and detention hearing moot as defendant will appear for final revocation hearing within the time required for those hearings.**

s/Mary Lenner
Signature of Judicial Assistant