UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAVARES LEE GREER,

Defendant.

Case NO. CR. 01-60(MJD)

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States it is ORDERED that the Defendant shall be held in custody by the United States Marshal and produced for a final revocation hearing set for January 13, 2006, at 9:00 a.m. before U.S. District Court Judge Michael J. Davis, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

Dated: January 11, 2006

s/Jeanne J. Graham

JEANNE J. GRAHAM
U.S. Magistrate Judge

---

* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant. 18 U.S.A. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.