**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

TAVARES GREER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Court Judge

| | |
|---|---|
| Case No: | 01-60 (1) (MJD) |
| Date: | January 13, 2006 |
| Court Reporter: | Lori Simpson |
| Tape Number: | |
| Time Commenced: | 9:24 |
| Time Concluded: | 9:47 |
| Time in Court: | 20 minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Scott Tilsen FPD

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations.

## ORDERED:

Supervised Release continued until original termination date which is December 20, 2007.

s/Debbie Halfman
Calendar Clerk