A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JAN 18 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-60 (1) MJD**

0641-0106-0331-D

Tavares Lee Greer

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tavares Lee Greer

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

January 6, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________

Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

2006 JAN 10 P 2:38
RECEIVED
US MARSHALS SERVICE
MPLS MN

ARRESTED ON 1-11-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
JAN 19 2006
U.S. DISTRICT COURT MPLS