PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUN 13 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tavares Lee Greer**

**Docket No. 0:01CR00060-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tavares Lee Greer** who was sentenced for Bank Robbery on July 17, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Gang association restriction, drug treatment, alcohol restriction, and mental health treatment
24 hours community service work (modified on September 23, 2005)
90 days residential Re-Entry Center (modified on January 13, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Greer has violated the conditions of supervised release based on the following:** On May 13 and 15, 2006, Mr. Greer failed to report for urinalyses as instructed by the code-a-phone.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 12th day of June, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on June 7, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JUN 13 2006
U.S. DISTRICT COURT MPLS