Prob 49

RECEIVED
JUN 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Tavares Lee Greer

Docket No. 0:01CR00060-001(MJD)

## HEARING WAIVER

I, Tavares Lee Greer, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Tavares Greer

Tavares Lee Greer
Supervised Releasee

Dated: 6/6/06

Witness:

SCANNED
JUN 13 2006
U.S. DISTRICT COURT MPLS