**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 01-60(1) MJD |
| v. | ) | Date: September 8, 2006 |
| | ) | Court Reporter: none |
| Tavares Lee Greer | ) | Tape Number: 5/ 2494-3568 |
| | ) | Time Commenced: 3:45 p.m. |
| Defendant. | ) | Time Concluded: 3:53 p.m. |
| | | Time in Court: 8 Minutes |

## APPEARANCES:

Plaintiff: LeeAnn Bell for Jim Lackner,Assistant U.S. Attorney
Defendant: Andrew Mohring

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 07/24/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release √ Supervised Release

√ Government moves for detention.

Motion is √ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Tuesday September 12, 2006 at 4:00 p.m. before U.S. Magistrate Judge Nelson for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ preliminary revocation hrg

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/AR
Criminal Duty Clerk