**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-60 MJD |
| | ) | Date: 09/13/06 |
| Tavares Lee Greer, | ) | Court Reporter: None |
| | ) | Tape Number: 7/374-766 |
| Defendant. | ) | Time Commenced: 4:00 p.m. |
| | | Time Concluded: 4:15 p.m. |
| | | Time in Court: 15 Minutes |

____ **PRELIMINARY HRG ONLY** ___ **DETENTION HRG ONLY**

_X___ **PRELIMINARY REVOCATION/DETENTION HRG** ____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Jim Lackner
Assistant U.S. Attorney

**Defendant:** Manny Atwal
√ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter: _____none______________ Language:____English_________________

On Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

√ Deft bound over to District Court of Minnesota
☐ Deft removed to charging district and is ordered to appear before _________________on___________________.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:
Final revocation hearing is scheduled for September 26, 2006 at 9 a.m. before Judge Davis.

s/AR

Signature of Criminal Duty Clerk