A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED

SEP 11 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-60 (1) MJD**

0641-0724-1245-D

Tavares Les Greer

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tavares Lee Greer

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

Jacki Ellingson

(By) Jackie Ellingson, Deputy Clerk

July 24, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 9-7-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
SEP 12 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04