**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Tavares Greer,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: MICHAEL J. DAVIS<br>U.S. District Court Judge<br><br>Case No: 01-60 MJD/<br>Date: October 11, 2006<br>Court Reporter: Lori Simpson<br>Tape Number:<br>Time Commenced: 2:05<br>Time Concluded: 2:15<br>Time in Court: 15 Minutes |

## APPEARANCES:

Plaintiff: Jim Lackner, Assistant U.S. Attorney
Defendant: Caroline Durham ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for [Violation of Sup Rel Hrg set for] before Judge [Before Judge].
☐ Defendant sentenced to pay fine of $[Fine of $] as to Count(s) [as to count(s)] and costs.
☐ Probation continued for a term of [Prob continued for term of].
☐ Supervised Release continued for a term of [Sup Rls contin for term of].
☐ Defendant is sentenced to: [sentenced to]
☐ Written order to be issued.

Deft. To serve 60 days, credit for time served. Supervised release suspended after Deft. Serves time

s/Debbie Halfman
Calendar Clerk