USM e1016006

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Released from Custody 11/6/06

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Tavares Lee Greer**

**JUDGMENT IN A CRIMINAL CASE** 2006 OCT 16 A 8: 17
(For **Revocation** of Supervised Release)
Case Number: **01-60 (1) (MJD)**
USM Number: **09824-041**
Social Security Number: **2073**
Date of Birth: **1978**

**RECEIVED**

**Caroline Durham**
Defendant's Attorney

DEC 20 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s): **1 Special Condition and 1 Standard Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #1 | The defendant shall participate for a period of 60 include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring | 06/23/06, 06/25/06, 06/26/06, 06/30/06, 06/31/06, 07/11/06 |
| Standard Condition #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer. | 12/6/05 and 12/9/05 |

**The defendant is sentenced as provided in pages 2 through 4 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**October 11, 2006**
Date of Imposition of Judgment

s/ Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS, United States District Judge**
Name & Title of Judge

October 12, 2006
Date

A true printed copy in 4 sheet(s)
of the electronic record filed on 10-12-06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 10-12, 2006.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
DEC 22 2006
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: TAVARES LEE GREER
CASE NUMBER: 01-60 (1) (MJD)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons **to serve 60 days, with credit for time served.**

[X] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on____________________ to ______________________________

at ________________________, with a certified copy of this Judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: TAVARES LEE GREER
CASE NUMBER: 01-60 (1) (MJD)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release **supervised release will be terminated upon release of serving time, 60 days with credit for time served.**

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: TAVARES LEE GREER
CASE NUMBER: 01-60 (1) (MJD)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d All conditions from the original sentence of Supervised Release are still in effect.

e The defendant is to serve 60 days with credit for time served at a Community Corrections Center as approved by the probation officer.

f The defendant is to receive work, doctor and school release privileges.

g The defendant is to participate in anger management classes.